Argued and submitted January 30, affirmed July 31, 1991

STATE OF OREGON,
*Respondent,*

*v.*

GABRIEL ARREOLA,
*Appellant.*

(51964; CA A63917)

813 P2d 84

Louis R. Miles, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Ann Kelley, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Affirmed. *State v. Nguyen,* 107 Or App 716, 813 P2d 569 (1991).

---

* Joseph, C. J., *vice* Newman, J.